NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
ROGER A. HSIEH (Cal. Bar No. 294195)
Assistant United States Attorneys
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4849/0600
    Facsimile: (213) 894-6269
    E-mail:    eddie.jauregui@usdoj.gov
               roger.hsieh@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-282-RGK |
|---|---|
| Plaintiff, | BRIEF REGARDING SERVICE OF ORDER TO SHOW CAUSE AND NOTICE OF HEARING DATE ON DEFENDANTS 1001 DOUBLEDAY LLC, VON KARMAN-MAIN STREET LLC, AND 10681 PRODUCTION AVENUE LLC |
| v. | |
| ZHONGTIAN LIU, ET AL., | |
| Defendants. | |

        Plaintiff United States of America, by and through its counsel

of record, the United States Attorney for the Central District of

California and Assistant United States Attorneys Eddie A. Jauregui

and Roger A. Hsieh, hereby files this brief to apprise the Court of

its efforts to notify defendants 1001 Doubleday LLC, Von Karman-Main

Street LLC, and 10681 Production Avenue LLC of Magistrate Judge Gail

Standish's Order to Show Cause (Dkt. 55) and the October 3, 2019

Order to Show Cause hearing date.  As explained in the government's

memorandum of points and authorities, the government has apprised

these defendants of both the Court's order and the hearing date by service via U.S. Mail.

Dated: September 26, 2019      Respectfully submitted,

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division


                               _____/s/_____

EDDIE A. JAUREGUI
ROGER A. HSIEH
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**MEMORANDUM OF POINTS AND AUTHORITIES**

## I.   INTRODUCTION

On September 6, 2019, Magistrate Judge Gail J. Standish issued an order to show cause why six corporate defendants[1] should not be held in civil contempt for failure to appear for their initial appearances to answer to the indictment in this case. (Dkt. 55.) Magistrate Judge Standish's order required the six defendants to appear before this Court on September 12, 2019.  None appeared.

At the September 12, 2019 hearing, the government informed the Court that, although it sent the Order to Show Cause to the six defendants on September 9, 2019 for overnight delivery, the letters did not reach three of the defendants: 1001 Doubleday LLC, Von Karman-Main Street LLC, and 10681 Production Avenue LLC (collectively, the "Warehouse LLC Defendants").[2]  As to these Warehouse LLC Defendants, the Court continued the hearing to October 3, 2019, at 10:00 a.m.  (Dkt. 57.)  The Court directed the government to submit briefing regarding service on these defendants within two weeks. (Id.)

---

[1] The six defendants were (1) Perfectus Aluminum Inc., aka "Perfectus Aluminum Inc.," (2) Perfectus Aluminum Acquisitions, LLC, (3) Scuderia Development, LLC, (4) 1001 Doubleday, LLC, (5) Von Karman-Main Street, LLC, and (6) 10681 Production Avenue, LLC (collectively, the "U.S. entities"). The government refers to these six entities, which are all based in the United States, as the "U.S. entities" to distinguish them from defendant China Zhongwang Holdings Limited, which is a public company listed with the Hong Kong Stock Exchange, with its headquarters in Beijing, China.

[2] Federal Express records reflect that the customer was not available or the business was closed, and that access was controlled by customer.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## II.    STATEMENT OF FACTS

### A.    The Government Mailed the Court's Orders to the Warehouse LLC Defendants via U.S. Mail

Each of the Warehouse LLC Defendants is a California-based limited liability company registered with the California Secretary of State.  (Ex. 1 to Jauregui Decl.)  The Secretary of State's website reflects that the Warehouse LLC Defendants list Zhijie Wang ("Wang") as their registered agent for service of process.  (Id.)  Likewise, the Secretary of State's website reflects that the Warehouse LLC Defendants list their principal business address as 2323 Main Street, Irvine, California.  (Id.)

On September 19, 2019, the government delivered (1) Magistrate Judge Standish's Order to Show Cause (Dkt. 55), and (2) the Court's minute order continuing the hearing for these defendants to October 3, 2019 (Dkt. 57), via U.S. Certified Mail, to the following parties:

1.    The Warehouse LLC Defendants, at an address in Tustin, California, to which Wang, their agent for service of process, directed her mail be forwarded, per the United States Postal Service (the "Tustin address");

2.    The last known business address for the Warehouse LLC Defendants, i.e., 2323 Main Street, Irvine, California. (See Ex. 1.) This address is also the business address of an entity called Alston International;[3] and,

3.    Charles Pok and Wen Peng, who, to the government's knowledge and belief, are executives of Alston International and also

---

[3] California Secretary of State records available online reflect that Wang is also the CEO and director of Alston International.

manage the Warehouse LLC Defendants.[4]  The mailings to Pok and Peng were also mailed to 2323 Main Street in Irvine.

As of this date, the government understands that the United States Postal Service completed delivery to the Warehouse LLC Defendants at their last known business address of 2323 Main Street, Irvine, California, as well as to Charles Pok and Wen Peng.  (See Ex. 2.)  The Postal Service attempted to deliver the government's letters to the entities at the Tustin address for Wang, but was unsuccessful because an authorized recipient was not available.  (See Ex. 3.)

## III. Service is Complete Under Rule 5 of Federal Rules of Civil Procedure

Service of an order to show cause why defendants should not be held in civil contempt is governed by Rule 5 of the Federal Rules of Civil Procedure.  See Fed. R. Civ. P. 4.1, Advisory Comm. Notes; see also Waffenschmidt v. Mackay, 763 F.2d 711, 720 (5th Cir. 1985); 4B Wright & Miller § 1139 (4th ed.).  Rule 5 instructs, among other things, that service may be made by mailing the relevant documents to a "person's last known address—in which event service is complete upon mailing," or by leaving it "at the person's office with a clerk or other person in charge . . . ." See Fed. R. Civ. P. 5(b)(2)(B)(i), (C); see also Local Civil Rule 5-3.2.1 (parties who have not appeared must be served in accordance with Fed. R. Civ. P. 5); cf. Fed. R. Crim. P. 49(a)(4)(C) (a paper may be served by "mailing it to the person's last known address--in which event service is complete upon mailing").

---

[4] In addition, the government mailed the documents via first class U.S. mail to attorney Marc Greenberg, who represents the warehouses owned by these LLCs in civil forfeiture proceedings before the Hon. Dolly M. Gee.

3

Here, the government completed service when it mailed the orders to the Warehouse Defendant LLC's at their last known business address, as well as to Charles Pok and Wen Peng, at 2323 Main Street, Irvine, California.  Fed. R. Civ. P. 5(b)(2)(B)(i), (C).  The government also provided a declaration that meets the requirements of Local Civil Rule 5-3.1.2.  The government likewise completed service to the Warehouse Defendant LLC's by mailing the orders to their agent's last known address in Tustin, California.

**IV.   CONCLUSION**

For the foregoing reasons, the government respectfully submits that service to the Warehouse LLC Defendants is complete.

4

## DECLARATION OF EDDIE A. JAUREGUI

I, Eddie A. Jauregui, declare as follows:

1.     I am an Assistant United States Attorney assigned to the matter of United States of America v. Zhongtian Liu et al., CR No. 19-282-RGK.

2.     Attached as Exhibit 1 to this declaration are true and correct copies of the most recent, completed Statements of Information filed by defendants 1001 Doubleday LLC, Von Karman-Main Street LLC, and 10681 Production Avenue LLC, with the California Secretary of State.  This information is available online.

3.     Attached as Exhibit 2 to this declaration are true and correct copies of Certificates of Service completed by Belinda Tunque, reflecting that Ms. Tunque served notices of the orders to show cause on the aforementioned defendants.  The government has not attached hereto the documents Ms. Tunque placed in the U.S. Mail, but the government has maintained copies of those documents as mailed (attached to each Certificate of Service) and can file or lodge them with the Court, should the Court so request. The documents included a short transmittal letter from the undersigned government counsel, the Order to Show Cause ("OSC") (Dkt. 55), and the Minute Order continuing the OSC hearing to October 3, 2019 (Dkt. 57).

Also included as part of Exhibit 2 are print outs from usps.gov reflecting that the above-described documents were delivered to defendants at 2323 Main Street, Irvine, CA, and to Charles Pok and Wen Peng at the same address.

4.     Attached as Exhibit 3 to this declaration are true and correct copies of Certificates of Service completed by Belinda Tunque, reflecting that Ms. Tunque served notices of the orders to

show cause on the aforementioned defendants at the current address for their agent for service of process, Zhijie Wang.  As reflected in this exhibit, the Postal Service has indicated that these mailings were not delivered to Wang's address in Tustin, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on September 26, 2019.

EDDIE A. JAUREGUI

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
ROGER A. HSIEH (Cal. Bar No. 294195)
Assistant United States Attorneys
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4849/0600
     Facsimile: (213) 894-6269
     E-mail:    eddie.jauregui@usdoj.gov
                roger.hsieh@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

                    UNITED STATES DISTRICT COURT

                FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-282-RGK |
|---|---|
| Plaintiff, | EXHIBIT 1 TO JAUREGUI DECLARATION |
| v. | |
| ZHONGTIAN LIU ET AL., | |
| Defendants. | |

**Secretary of State**
**Statement of Information**
(Limited Liability Company)

**LLC-12**

17-A09020

# FILED

In the office of the Secretary of State
of the State of California

JUL 03, 2017

**IMPORTANT — Read instructions before completing this form.**

**Filing Fee – $20.00**

**Copy Fees –** First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**This Space For Office Use Only**

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)

1001 DOUBLEDAY, LLC

| 2. 12-Digit Secretary of State File Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 200828810091 | DELAWARE |

**4. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box<br>2323 Main Street | Irvine | CA | 92614 |
| b. Mailing Address of LLC, if different than item 4a<br>2549 Eastbluff Dr Ste 385 | Newport Beach | CA | 92620 |
| c. Street Address of California Office, if Item 4a is not in California - Do not list a P.O. Box<br>2323 Main Street | Irvine | CA | 92614 |

**5. Manager(s) or Member(s)**

If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Zhijie | | Wang | |

b. Entity Name - Do not complete Item 5a

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 2355 Portrait Way | Tustin | CA | 92782 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Zhijie | | Wang | |

| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 2355 Portrait Way | Tustin | CA | 92782 |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b

**7. Type of Business**

a. Describe the type of business or services of the Limited Liability Company
Business Consulting

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

**9. The Information contained herein, including any attachments, is true and correct.**

| 07/03/2017 | Zhijie Wang | CEO | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name: ⌈ ⌉

Company:

Address:

City/State/Zip: ⌊ ⌋

LLC-12 (REV 01/2017)

Page 1 of 1

2017 California Secretary of State
www.sos.ca.gov/business/be

**Secretary of State**
**Statement of Information**
(Limited Liability Company)

**LLC-12**

**17-A09032**

**FILED**

In the office of the Secretary of State
of the State of California

**JUL 03, 2017**

**This Space For Office Use Only**

**IMPORTANT** — Read instructions before completing this form.

**Filing Fee – $20.00**

**Copy Fees** – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)

VON KARMAN - MAIN STREET, LLC

**2. 12-Digit Secretary of State File Number**

200908910123

**3. State, Foreign Country or Place of Organization** (only if formed outside of California)

DELAWARE

**4. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box<br>2323 Main Street | Irvine | CA | 92614 |
| b. Mailing Address of LLC, **if different than item 4a**<br>2323 Main Street | Irvine | CA | 92614 |
| c. Street Address of **California** Office, if Item 4a is not in California - Do not list a P.O. Box<br>2323 Main Street | Irvine | CA | 92614 |

**5. Manager(s) or Member(s)**

If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Zhijie | | Wang | |

b. Entity Name - Do not complete Item 5a

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 2355 Portrait Way | Tustin | CA | 92782 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Zhijie | | Wang | |

| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 2355 Portrait Way | Tustin | CA | 92782 |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b

**7. Type of Business**

a. Describe the type of business or services of the Limited Liability Company
property investment

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Zhijie | | Wang | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 2355 Portrait Way | Tustin | CA | 92782 |

**9. The Information contained herein, including any attachments, is true and correct.**

| 07/03/2017 | Zhijie Wang | CEO | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:

Company:

Address:

City/State/Zip:

LLC-12 (REV 01/2017)

Page 1 of 1

2017 California Secretary of State
www.sos.ca.gov/business/be

**Secretary of State**
**Statement of Information**
(Limited Liability Company)

**LLC-12**

17-A09029

**FILED**

In the office of the Secretary of State
of the State of California

JUL 03, 2017

**IMPORTANT — Read instructions before completing this form.**

**Filing Fee – $20.00**

**Copy Fees –** First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**This Space For Office Use Only**

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)

10681 PRODUCTION AVENUE, LLC

| 2. 12-Digit Secretary of State File Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 200925210158 | DELAWARE |

**4. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box<br>2323 Main Street | Irvine | CA | 92614 |
| b. Mailing Address of LLC, **if different than item 4a**<br>2549 Eastbluff Drive Ste 385 | Newport Beach | CA | 92620 |
| c. Street Address of **California** Office, if Item 4a is not in California - Do not list a P.O. Box<br>2323 Main Street | Irvine | CA | 92614 |

**5. Manager(s) or Member(s)**

If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Zhijie | | Wang | |

b. Entity Name - Do not complete Item 5a

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 2355 Portrait Way | Tustin | CA | 92782 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Zhijie | | Wang | |

| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 2355 Portrait Way | Tustin | CA | 92782 |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b

**7. Type of Business**

a. Describe the type of business or services of the Limited Liability Company
property investment

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Zhijie | | Wang | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 2355 Portrait Way | Tustin | CA | 92782 |

**9. The Information contained herein, including any attachments, is true and correct.**

| 07/03/2017 | Zhijie  Wang | CEO | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:

Company:

Address:

City/State/Zip:

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
ROGER A. HSIEH (Cal. Bar No. 294195)
Assistant United States Attorneys
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4849/0600
    Facsimile: (213) 894-6269
    E-mail:   eddie.jauregui@usdoj.gov
             roger.hsieh@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-282-RGK |
|---|---|
| Plaintiff, | EXHIBIT 2 TO JAUREGUI DECLARATION |
| v. | |
| ZHONGTIAN LIU ET AL., | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I, Belinda B. Tunque, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18 years old, and I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of: **NOTICE OF ORDER RE OSC HEARING/LETTER DATED SEPTEMBER 18, 2019**

service was:

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☒ Placed in a sealed envelope for collection and mailing via United States Certified Mail, addressed as follows:

☐ By hand delivery, addressed as follows:

☐ By electronic mail delivery, as follows:

**1001 Doubleday LLC
2323 Main Street
Irvine, CA  92614**

This Certificate is executed on September 19, 2019, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct

*Belinda B. Tunque*

USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs >

Track Another Package  +

**Tracking Number:** 70171450000215348055

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 5:27 pm on September 23, 2019 in IRVINE, CA 92623.

## ⊘ Delivered

September 23, 2019 at 5:27 pm
Delivered, Front Desk/Reception/Mail Room
IRVINE, CA 92623

**Get Updates** ⌄

---

**Text & Email Updates**                                                ⌄

---

**Tracking History**                                                      ⌄

---

**Product Information**                                                  ⌄

---

Feedback

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

Case 2:19-cr-00282-RGK   Document 60   Filed 09/26/19   Page 16 of 38   Page ID #:258

**FAQs**

Feedback

## CERTIFICATE OF SERVICE

I, Belinda B. Tunque, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18 years old, and I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of: **NOTICE OF ORDER RE OSC HEARING/LETTER DATED SEPTEMBER 18, 2019**

service was:

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☒ Placed in a sealed envelope for collection and mailing via United States Certified Mail, addressed as follows:

☐ By hand delivery, addressed as follows:

☐ By electronic mail delivery, as follows:

**Von Karman – Main Street, LLC**
**2323 Main Street**
**Irvine, CA  92614**

This Certificate is executed on September 19, 2019, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct

*Belinda B. Tunque*

USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs ›

## Track Another Package +

**Tracking Number:** 70171450000215348031

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 5:27 pm on September 23, 2019 in IRVINE, CA 92623.

## ⊘ Delivered

September 23, 2019 at 5:27 pm
Delivered, Front Desk/Reception/Mail Room
IRVINE, CA 92623

**Get Updates** ⌄

Feedback

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **Tracking History** | ⌄ |
| **Product Information** | ⌄ |

**See Less** ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

## **CERTIFICATE OF SERVICE**

I, Belinda B. Tunque, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18 years old, and I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of: **NOTICE OF ORDER RE OSC HEARING/LETTER DATED SEPTEMBER 18, 2019**

service was:

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☒ Placed in a sealed envelope for collection and mailing via United States Certified Mail, addressed as follows:

☐ By hand delivery, addressed as follows:

☐ By electronic mail delivery, as follows:

**10681 Production Avenue LLC
2323 Main Street
Irvine, CA  92614**

This Certificate is executed on September 19, 2019, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct

_Belinda B. Tunque_

# USPS Tracking®

FAQs >

## Track Another Package ＋

**Tracking Number:** 70171450000215348024

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 5:27 pm on September 23, 2019 in IRVINE, CA 92623.

## ✓ Delivered

September 23, 2019 at 5:27 pm
Delivered, Front Desk/Reception/Mail Room
IRVINE, CA 92623

**Get Updates** ∨

Feedback

---

**Text & Email Updates**      ∨

---

**Tracking History**      ∨

---

**Product Information**      ∨

---

**See Less** ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

USPS.com® - USPS Tracking® Results

**FAQs**

Feedback

**CERTIFICATE OF SERVICE**

I, Belinda B. Tunque, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18 years old, and I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of: **NOTICE OF ORDER RE OSC HEARING/LETTER DATED SEPTEMBER 18, 2019**

service was:

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☒ Placed in a sealed envelope for collection and mailing via United States Certified Mail, addressed as follows:

☐ By hand delivery, addressed as follows:

☐ By electronic mail delivery, as follows:

**Mr. Charles Pok**
**Chief Executive Officer**
**Alston International**
**2323 Main Street**
**Irvine, CA  92614**

This Certificate is executed on September 19, 2019, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct

*Belinda B. Tunque*
_____

# USPS Tracking®

## Track Another Package +

**Tracking Number:** 70171450000215348000          Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 5:27 pm on September 23, 2019 in IRVINE, CA 92623.

## ✅ Delivered

September 23, 2019 at 5:27 pm
Delivered, Front Desk/Reception/Mail Room
IRVINE, CA 92623

**Get Updates** ⌄

Feedback

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **Tracking History** | ⌄ |
| **Product Information** | ⌄ |

**See Less** ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

USPS.com® - USPS Tracking® Results

**FAQs**

Feedback

**CERTIFICATE OF SERVICE**

I, Belinda B. Tunque, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18 years old, and I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of: **NOTICE OF ORDER RE OSC HEARING/LETTER DATED SEPTEMBER 18, 2019**

service was:

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☒ Placed in a sealed envelope for collection and mailing via United States Certified Mail, addressed as follows:

☐ By hand delivery, addressed as follows:

☐ By electronic mail delivery, as follows:

**Ms. Wen Peng**
**Chief Financial Officer**
**Alston International**
**2323 Main Street**
**Irvine, CA   92614**

This Certificate is executed on September 19, 2019, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct

*Belinda B. Tunque*

USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs >

Track Another Package **+**

**Tracking Number:** 70171450000215348017

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 5:27 pm on September 23, 2019 in IRVINE, CA 92623.

## ✅ **Delivered**

September 23, 2019 at 5:27 pm
Delivered, Front Desk/Reception/Mail Room
IRVINE, CA 92623

**Get Updates** ⌄

Feedback

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **Tracking History** | ⌄ |
| **Product Information** | ⌄ |

**See Less** ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

USPS.com® - USPS Tracking® Results

**FAQs**

Feedback

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
ROGER A. HSIEH (Cal. Bar No. 294195)
Assistant United States Attorneys
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4849/0600
    Facsimile: (213) 894-6269
    E-mail:    eddie.jauregui@usdoj.gov
              roger.hsieh@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-282-RGK |
|---|---|
| Plaintiff, | EXHIBIT 3 TO JAUREGUI DECLARATION |
| v. | |
| ZHONGTIAN LIU ET AL., | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I, Belinda B. Tunque, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18 years old, and I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of: **NOTICE OF ORDER RE OSC HEARING/LETTER DATED SEPTEMBER 18, 2019**

service was:

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☒ Placed in a sealed envelope for collection and mailing via United States Certified Mail, addressed as follows:

☐ By hand delivery, addressed as follows:

☐ By electronic mail delivery, as follows:

**1001 Doubleday LLC**
**2335 Horizon Way**
**Tustin, CA  92782**

This Certificate is executed on September 19, 2019, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct

*Belinda B. Tunque*

# USPS Tracking®

FAQs ›

## Track Another Package +

**Tracking Number:** 70171450000215348079

Remove ✕

We attempted to deliver your item at 11:40 am on September 21, 2019 in TUSTIN, CA 92782 and a notice was left because an authorized recipient was not available. You may arrange redelivery by using the Schedule a Redelivery feature on this page or may pick up the item at the Post Office indicated on the notice beginning September 23, 2019. If this item is unclaimed by October 6, 2019 then it will be returned to sender.

## Delivery Attempt: Action Needed

September 21, 2019 at 11:40 am
Notice Left (No Authorized Recipient Available)
TUSTIN, CA 92782

**Schedule Redelivery** ⌄

---

**Text & Email Updates**                                                                                          ⌄

---

**Schedule Redelivery**                                                                                           ⌄

---

**Tracking History**                                                                                              ⌄

---

**Product Information**                                                                                           ⌄

---

**See Less** ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

## CERTIFICATE OF SERVICE

I, Belinda B. Tunque, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18 years old, and I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of: **NOTICE OF ORDER RE OSC HEARING/LETTER DATED SEPTEMBER 18, 2019**

service was:

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☒ Placed in a sealed envelope for collection and mailing via United States Certified Mail, addressed as follows:

☐ By hand delivery, addressed as follows:

☐ By electronic mail delivery, as follows:

**Von Karman-Main Street LLC**
**2335 Horizon Way**
**Tustin, CA  92782**

This Certificate is executed on September 19, 2019, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct

_Belinda B. Tunque_

# USPS Tracking®

FAQs ›

## Track Another Package +

**Tracking Number:** 70171450000215348048

Remove ✕

We attempted to deliver your item at 11:40 am on September 21, 2019 in TUSTIN, CA 92782 and a notice was left because an authorized recipient was not available. You may arrange redelivery by using the Schedule a Redelivery feature on this page or may pick up the item at the Post Office indicated on the notice beginning September 23, 2019. If this item is unclaimed by October 6, 2019 then it will be returned to sender.

Feedback

## Delivery Attempt: Action Needed

September 21, 2019 at 11:40 am
Notice Left (No Authorized Recipient Available)
TUSTIN, CA 92782

**Schedule Redelivery** ⌄

---

**Text & Email Updates** ⌄

---

**Schedule Redelivery** ⌄

---

**Tracking History** ⌄

---

**Product Information** ⌄

---

**See Less** ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

## CERTIFICATE OF SERVICE

I, Belinda B. Tunque, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18 years old, and I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of: **NOTICE OF ORDER RE OSC HEARING/LETTER DATED SEPTEMBER 18, 2019**

service was:

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☒ Placed in a sealed envelope for collection and mailing via United States Certified Mail, addressed as follows:

☐ By hand delivery, addressed as follows:

☐ By electronic mail delivery, as follows:

**10681 Production Avenue LLC**
**2335 Horizon Way**
**Tustin, CA 92782**

This Certificate is executed on September 19, 2019, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct

*Belinda B. Tunque*
_____

9/26/2019                                                USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs >

## Track Another Package  +

**Tracking Number:** 70171450000215348062                          Remove ✕

We attempted to deliver your item at 11:40 am on September 21, 2019 in TUSTIN, CA 92782 and a notice was left because an authorized recipient was not available. You may arrange redelivery by using the Schedule a Redelivery feature on this page or may pick up the item at the Post Office indicated on the notice beginning September 23, 2019. If this item is unclaimed by October 6, 2019 then it will be returned to sender.

## Delivery Attempt: Action Needed

September 21, 2019 at 11:40 am
Notice Left (No Authorized Recipient Available)
TUSTIN, CA 92782

**Schedule Redelivery** ∨

---

**Text & Email Updates**                                                       ∨

---

**Schedule Redelivery**                                                         ∨

---

**Tracking History**                                                            ∨

---

**Product Information**                                                         ∨

---

**See Less** ∧

USPS.com® - USPS Tracking® Results

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback