NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
ROGER A. HSIEH (Cal. Bar No. 294195)
Assistant United States Attorneys
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4849/0600
     Facsimile: (213) 894-6269
     E-mail:    eddie.jauregui@usdoj.gov
                roger.hsieh@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-282-RGK |
|---|---|
| Plaintiff, | UPDATE REGARDING SERVICE OF ORDER TO SHOW CAUSE AND NOTICE OF HEARING DATE ON DEFENDANTS 1001 DOUBLEDAY, LLC, VON KARMAN-MAIN STREET LLC, AND 10681 PRODUCTION AVENUE LLC; DECLARATION OF ROGER A. HSIEH; EXHIBIT |
| v. | |
| ZHONGTIAN LIU, ET AL., | |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Roger A. Hsieh and Eddie A. Jauregui, hereby files an update to the status report (Dkt. 60) regarding the government's efforts to notify defendants 1001 Doubleday LLC, Von Karman-Main Street LLC, and 10681 Production Avenue LLC (collectively, the "Warehouse LLC Defendants") of Magistrate Judge Gail Standish's Order to Show Cause (Dkt. 55) and the October 3, 2019, Order to Show Cause hearing date.  As explained

in the declaration of Roger A. Hsieh, the Postal Service delivered a letter, order to show cause, and notice of the October 3, 2019, hearing date to the Warehouse LLC Defendants through their registered agent for service of process on October 1, 2019.

Dated: October 3, 2019          Respectfully submitted,

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division


           /s/
ROGER A. HSIEH
EDDIE A. JAUREGUI
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF ROGER A. HSIEH**

I, Roger A. Hsieh, declare as follows:

1. I am an Assistant United States Attorney assigned to the matter of <u>United States v. Zhongtian Liu et al</u>., CR No. 19-282-RGK.

2. On September 26, 2019, the government filed its brief regarding service of order to show cause and notice of hearing date on defendants 1001 Doubleday, LLC, Von Karman-Main Street LLC, and 10681 Production Avenue LLC (collectively, the "Warehouse LLC Defendants"). (Dkt. 60.)

3. The California Secretary of State's website shows Zhijie Wang is the registered agent for service of process for the Warehouse LLC Defendants. (Dkt. 60 at 4.) The brief also notes the Postal Service attempted to deliver a letter, order to show cause, and notice of hearing date to the Warehouse LLC Defendants at the Tustin address (for Zhijie Wang), but was unsuccessful because an authorized recipient was not available. (Dkt. 60 at 5.)

4. Attached as Exhibit 1 are print outs from usps.gov reflecting that the above-described documents were delivered to the Warehouse LLC Defendants at the Tustin address (for Zhijie Wang) on October 1, 2019. Exhibit 1 to this declaration supplements Exhibit 3 to the government's prior brief. (Dkt. 60 at 29-38.)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on October 3, 2019.

ROGER A. HSIEH

2