# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | CR 19-00282-RGK |
| Date | October 3, 2019 |

**Present: The Honorable** R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

**Interpreter** N/A

| Sharon L. Williams | Debbie Hino-Spaan | Roger Hsieh |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (8) 1001 Doubleday, LLC | N | | | | | | |
| (9) Von-Karman - Main Street, LLC | N | | | | | | |
| (10) 10681 Production Avenue, LLC | N | | | | | | |

**Proceedings:** **FURTHER ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE ADJUDGED IN CONTEMPT**

Case called. No defendants are present. Court and government counsel confer. The Court finds defendants 1001 Doubleday, LLC; Von-Karman - Main Street LLC; and 10681 Production Avenue, LLC in civil contempt. Court and counsel confer re terms of contempt. The government shall submit a proposed contempt order for the Court's approval.

**IT IS SO ORDERED.**

|  |  : | 02 |
|---|---|---|
| | Initials of Deputy Clerk | slw |