NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
ROGER A. HSIEH (Cal. Bar No. 294195)
Assistant United States Attorneys
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4849/0600
     Facsimile: (213) 894-6269
     E-mail:    eddie.jauregui@usdoj.gov
                roger.hsieh@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-282-RGK |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER ISSUING CIVIL CONTEMPT SANCTIONS TO DEFENDANTS FOR FAILURE TO APPEAR AT INITIAL APPEARANCE |
| v. | |
| ZHONGTIAN LIU ET AL., | |
| Defendants. | |

Having reviewed the government's Motion for Certification of Facts and Issuance of an Order to Show Cause and the evidence submitted in connection with the Motion (Dkts. 52-53), the Magistrate Court's Order and Certification of Facts (Dkt. 55), the government's Brief Regarding Service and exhibits thereto (Dkt. 60), the government's update to the Brief Regarding Service and exhibits thereto (Dkt. 61), and having presided over the Order to Show Cause Hearings in this matter on September 12, 2019, and October 3, 2019, the COURT HEREBY FINDS:

1

1.   Defendants 1001 Doubleday LLC, Von Karman-Main Street LLC, and 10681 Production Avenue LLC ("defendants") were properly served under Federal Rule of Criminal Procedure 4 with summonses to appear before the United States District Court to answer to an Indictment on August 26, 2019, at 2:00 p.m. at the United States Courthouse at 255 E. Temple Street, Los Angeles, California, 90012.  The summonses were served on defendants via certified mail to the defendants' registered agents for service of process.

2.   None of the aforementioned defendants appeared for their initial appearances at the Roybal Federal Building, 255 East Temple Street, Los Angeles, California, in Courtroom 341, on August 26, 2019, at 2:00 p.m., notwithstanding the summonses to appear in that place and on that date and time.

3.   On September 4, 2019, the government filed a motion for certification of facts and issuance of an order to show cause. (Dkts. 52-53.)

4.   On September 9, 2019, the Magistrate Court ordered defendants to show cause in writing why they should not be adjudged in contempt by 12:00 p.m. on September 11, 2019, and appear before the District Court at 10:00 a.m. on September 12, 2019, for a show cause hearing.  (Dkt. 55.)

5.   The government served the Magistrate Court's order (Dkt. 55) by mailing it to defendants' registered agent for service of process on September 9, 2019, and Federal Express records reflect that defendants were not available or the businesses were closed.

6.   Defendants did not appear at the September 12, 2019, show cause hearing.  The Court then continued the show cause hearing for defendants to October 3, 2019.  (Dkt. 57.)

7. The government served the Magistrate Court's order (Dkt. 55) and notice of the continued October 3, 2019, show cause hearing date by mailing the documents to defendants' last known business address and the address for defendants' registered agent for service of process on September 19, 2019, via certified mail. The Magistrate Court's order and notice of the continued October 3, 2019, show cause hearing date were delivered to defendants: (1) on September 23, 2019, at their last known business address; and (2) on October 1, 2019, to the address for their registered agent for service of process.

8. To date, defendants have failed to state in writing why they should not be adjudged in contempt, and they failed to appear at the September 12, 2019, and October 3, 2019, show cause hearings.

9. The government has shown by clear and convincing evidence that defendants have violated a court order by failing to appear for their initial appearances.

Accordingly, the COURT HEREBY ORDERS:

1. Defendants shall each pay a civil contempt sanction of $2000 per calendar day, payable to the Court, until defendants schedule and appear before the Court for arraignment on the Indictment.

2. The civil contempt sanctions against defendants shall start to accrue two calendars days after the date of entry of this Order.

3. If defendants have not scheduled and appeared before the Court for arraignment on the Indictment four weeks after the civil contempt sanctions ordered herein have begun to accrue, the civil contempt sanctions shall increase to $4000 per calendar day for each defendant.

4. The government may petition the Court for interim judgments reflecting the accrued sanctions to be due, payable, and subject to immediate collection upon entry of such interim judgments.

5. The government may petition the Court to increase the daily civil contempt sanction for each defendant if the fine ordered is not sufficiently coercive to obtain defendants' compliance with their obligations to schedule and appear for their arraignments on the Indictment.

IT IS SO ORDERED.

October 7, 2019
DATE

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented by:

   /s/
ROGER A. HSIEH
Assistant United States Attorney